Jan R. Armstrong, Chapter 11 Trustee
Armstrong, Klym, Waite, Atwood & Jameson, P.S.
660 Swift Boulevard, Suite A
Richland, WA 99352
(509) 943-4681

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:

TROY CHRISTOPHER KELLER,

        Debtor.

No. 09-05753-FLK11

TENDER OF UNCLAIMED FUNDS

COMES NOW Jan R. Armstrong, Chapter 11 Trustee, and pursuant to FRBP 3011 tenders the following unclaimed funds to the Court:

| | |
|---|---:|
| Bank of America<br>c/o Michael Roozekrans<br>Attorney at Law<br>U.S. Bank Building, Suite 1330<br>422 West Riverside Avenue<br>Spokane, WA 99201<br>And:<br>c/o Lender Business Process Services<br>14523 SW Millikan Way, Suite 200<br>Beaverton, OR 97005 | $288.92 |

The total amount tendered to the Court is $288.92.

Dated this 21st day of December, 2010.

By:/s/ Jan R. Armstrong    /
    Jan R. Armstrong, WSBA 8375
    Chapter 11 Trustee

Page 1 of 1 – TENDER OF UNCLAIMED FUNDS

ARMSTRONG, KLYM, WAITE,
ATWOOD & JAMESON, P.S.
ATTORNEYS AT LAW
SWIFT PROFESSIONAL CENTER
SUITE A
660 SWIFT BOULEVARD
RICHLAND, WA 99352
(509) 943-4681

09-05753-FLK11   Doc 305   Filed 12/22/10   Entered 12/22/10 14:23:30   Pg 1 of 3

# Armstrong, Klym, Waite, Atwood & Jameson, P.S.

Attorneys at Law

Jan R. Armstrong
Arthur D. Klym
Linda M. Waite
Thomas J. Atwood
Randy L. Jameson

SWIFT PROFESSIONAL CENTER
660 SWIFT BOULEVARD, SUITE A
RICHLAND, WASHINGTON 99352

Telephone No.
(509) 943-4681
Facsimile No.
(509) 946-3949

December 21, 2010

Ms. Beverly A. Benka, Clerk
United States Bankruptcy Court for Eastern Washington
P.O. Box 2164
Spokane, WA 99210-2164

Re: In Re: Troy Christopher Keller, Case No. 09-05753-FLK11

Dear Bev:

Enclosed is a copy of the Tender of Unclaimed Funds pleading and a check for $288.92. I was directed by the Office of the United States Trustee to tender these funds to your office. I could not figure out a category under which to file the pleading, so I would ask that your office file the pleading.

Very truly yours,

Jan R. Armstrong
Chapter 11 Trustee

JRA/
Enclosures
Cc: Jack Brenton, Office of United States Trustee

UNITED STATES
US BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

# 4875464  - KL

December 22, 2010
12:11:52

UNCLAIM
09-05753

Debtor.: TROY CHRISTOPHER KELLER
Amount.:                $288.92 CH
Check#.: 116

Total-> $288.92

FROM: JAN ARMSTRONG